UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESUS GONZALEZ-QUEZADA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ELDON VAIL, ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. C09-168-RAJ <br><br> ORDER OF DISMISSAL |

The Court, having reviewed petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus (Dkt. 4), supplemental briefing on the exhausted claims (Dkts. 22, 25), the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's habeas petition is DISMISSED with prejudice; and

(3) The Clerk of Court is directed to send copies of this Order to petitioner and to Magistrate Judge James P. Donohue.

DATED this 25th day of May, 2010.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL -1